IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LEE JUPITER,

    Petitioner,

v.                                    CASE NO. 1:09-cv-00015-MP-GRJ

WALTER A MCNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 34, Motion for Extension of Time to File Objections by Lee Jupiter. Petitioner moves the court for permission to have until January 16, 2012, within which to file a response and exceptions to the Magistrate Judge's report and recommendation. The respondent has no objection to the requested extension.

Accordingly, it is now **ORDERED** as follows:

1.    Petitioner's motion for extension of time, doc. 34, is GRANTED.

2.    The petitioner may file objections to the Magistrate Judge's report and recommendation on or before January 16, 2011.

**DONE AND ORDERED** this 16th day of December, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge